UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

**DEBTOR:** Dale Vaughn Francis   **JOINT DEBTOR:** Lacresha A. Shaw-Francis   **CASE NO.:** _____
**Last Four of SS#** xxxx-xx-1203   **Last Four of SS#** xxx-xx-9831

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

- A.  $ __220.00__ for months __1__ to __10__ ;
- B.  $ __234.58__ for months __11__ to __60__ ; in order to pay the following creditors:

**Administrative:** Attorney's Fee - $ __3,500.00__  TOTAL PAID $ __1,500.00__ .
Balance Due   $ __2,000.00__   payable $ __200.00__ /month (Months __1__ to __10__ )

**Secured Creditors:** [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____   Arrearage on Petition Date $ _____
Address: _____   Arrears Payment $ _____ /month (Months ____ to ____)
_____   Regular Payment $ _____ /month (Months ____ to ____)
Account No: _____

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM "MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY") WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America<br>P. O. Box 650070<br>Dallas, TX 75265-0070 | Homestead Real Estate:<br>4146 Worlington Terrace<br>Fort Pierce, FL 34947<br>$0.00 | 0 % | $0.00 | 0.00 To 0.00 | $0.00 |

**Priority Creditors:** [as defined in 11 U.S.C. §507]

1. St Lucie County Tax Collector   Total Due   $ 1,207.50
Payable   $ __24.15__ /month (Months __11__ to __60__ ) Regular Payment $ _____

**Unsecured Creditors:** Pay $ __189.10__ /month (Months __11__ to __60__ ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**Other Provisions Not Included Above:** Debtors' mortgage with Wells Fargo Home Mortgage will be paid outside the Plan. Debtors are surrendering real property secured by Homecomings Financial; Debtors are surrendering real property secured by HSBC; Debtors are surrendering real property secured by Homeywood Homeowners Association; Debtors are surrendering property Lexus Financial Services

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____   _____
Dale Francis, Debtor         Lacresha Francis, Joint Debtor
Date: 1-28-10                Date: 1/28/10

LF-31 (rev. 12/01/09)